IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KALPESH SHAH,                              *

        Plaintiff,                          *
v.                                           Case No.  5:17-cv-292-MTT
                                           *
BANK OF AMERICA, et al,
                                           *
        Defendants.
_____        *

## **J U D G M E N T**

Pursuant to this Court's Order dated February 1, 2018, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 2nd day of February, 2018.

                                              David W. Bunt, Clerk

                                              s/ Gail G. Sellers, Deputy Clerk